FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2026

SEAN F. McAVOY, CLERK

ECF No. 1

Todd Blanche
Deputy Attorney General of the United States
Eastern District of Washington
Nowles Heinrich
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:26-CR-4-TOR |
| Plaintiff, | INDICTMENT |
| v. | Vios.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 1) |
| SHAWN RAY MCLANAHAN, | |
| Defendant. | 18 U.S.C. § 924(c)(1)(A)(i) Possession of a Firearm in Furtherance of Drug Trafficking (Count 2) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about July 8, 2025, in the Eastern District of Washington, the Defendant, SHAWN RAY MCLANAHAN, knowingly possessed with the intent

INDICTMENT – 1

to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 2

On or about July 8, 2025, in the Eastern District of Washington, the Defendant, SHAWN RAY MCLANAHAN, did knowingly possess firearms, that is:

- a High Standard H-D Military .22 caliber pistol, bearing serial number 208619;

- a Ruger 10/22 .22 caliber rifle, bearing serial number 230-63624;

- a Remington, model 522 Viper, .22 caliber rifle bearing serial number 3050495; and

- a Ruger, model Security-Six, .357 magnum caliber pistol, bearing serial number 153-25277,

in furtherance of a drug trafficking crime for which the Defendant may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, as charged in Count 1, in violation of 21 U.S.C. § 841(a)(1), all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 as set forth in Count 1, Defendant, SHAWN RAY MCLANAHAN, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner

INDICTMENT – 2

or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- a High Standard H-D Military .22 caliber pistol, bearing serial number 208619;

- a Ruger 10/22 .22 caliber rifle, bearing serial number 230-63624;

- a Remington, model 522 Viper, .22 caliber rifle bearing serial number 3050495; and

- a Ruger, model Security-Six, .357 magnum caliber pistol, bearing serial number 153-25277; and

- a bolt action rifle with an obliterated serial number.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), Possession of a Firearm in Furtherance of Drug Trafficking, as set forth in this Indictment, the Defendant, SHAWN RAY MCLANAHAN, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

- a High Standard H-D Military .22 caliber pistol, bearing serial number 208619;

- a Ruger 10/22 .22 caliber rifle, bearing serial number 230-63624;

- a Remington, model 522 Viper, .22 caliber rifle bearing serial number 3050495; and

- a Ruger, model Security-Six, .357 magnum caliber pistol, bearing serial number 153-25277.

If any forfeitable property, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

INDICTMENT – 3

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 21 day of January 2026.

A TRUE BILL

Todd Blanche
Deputy Attorney General

Alison Gregoire
Criminal Chief

Nowles H. Heinrich
Assistant United States Attorney

INDICTMENT – 4